Taras Kick (State Bar No. 143379)
taras@kicklawfirm.com
Daniel J. Bass (State Bar No. 287466)
daniel@kicklawfirm.com
Roy K. Suh (State Bar No. 283988)
Roy@kicklawfirm.com
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988
Facsimile:   (310) 395-2088

Matthew W.H. Wessler, admitted *Pro Hac Vice*
matt@guptawessler.com
GUPTA WESSLER PLLC
1900 L Street, Suite 312
Washington, DC. 20036

Jennifer D. Bennett (State Bar No. 296726)
jennifer@guptawessler.com
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff Clayton Salter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT  OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS INC., an Illinois Corporation; QUALITY DISTRIBUTION INC., a Florida Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No:  2:20-cv-00479-JFW-JPR<br><br>Assigned to the Honorable John F. Walter<br><br>**DECLARATION OF CLAYTON SALTER** |

I, CLAYTON SALTER, declare as follows:

1. I am the named Plaintiff in the above captioned lawsuit and a former driver for Defendants Quality Carriers, Inc. and Quality Distribution, Inc. (collectively "Defendants"). I have personal knowledge of the facts stated herein, and if called to testify, could and would competently testify thereto.

2. I provide this declaration in support of Plaintiff Clayton Salter's ("Plaintiff") Motion for Class Certification where I seek to be named as the Class Representative in the lawsuit against Defendants.

3. Around March 3, 2015 I was reclassified from a W-2 employee to an owner operator being paid as a 1099 independent contractor, when Richard Wallace, who I believe is the owner of the Defendants' affiliate Winsome Enterprises, offered the truck I had already been driving as a lease claiming that if I signed the agreements to be an owner operator, I would make more money than I had been making as an employee driver.

4. I believe I signed multiple agreements in March of 2015 when I was reclassified as an owner operator by the Defendants. I believe I signed all of these contracts, which were all provided to me and signed in the presence of Defendants' representative Fred Anderson, on or around the same day in March 2015. At the time I believed that I was purchasing the truck I had already been driving through a lease agreement, but did not really understand the paperwork provided to me.

5. Every contract I signed with Defendants while working for them was imposed on me on a take-it-or-leave-it basis. Defendants required me to sign each subsequent contract as a condition of continuing to work for them. I had no opportunity to negotiate the terms of any of the contracts I signed with the Defendants.

6. While I was working for Defendants, I was not aware that my rights were being violated. Defendants did not inform me of my rights under California's Labor Code and wage orders or how they applied to me. I did not realize I was not

- 2 -
DECLARATION OF CLAYTON SALTER

getting paid for all the hours I worked, that the deductions Defendants were taking from my paychecks were illegal, or that I was entitled to be paid for the meal and rest breaks Defendants prevented me from taking.

7. Even if I had been aware of my rights at the time, I still would not have filed a lawsuit while I was working for Defendants because I believe, had I filed a lawsuit at that time, I would have been retaliated against by being fired or by not being given enough work to make a living.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed on March 18, 2021 by  /s/ Clayton Salter

- 3 -
DECLARATION OF CLAYTON SALTER