**THE KICK LAW FIRM, APC**
Taras Kick (State Bar No. 143379)
taras@kicklawfirm.com
Daniel J. Bass (State Bar No. 287466)
daniel@kicklawfirm.com
Roy K. Suh (State Bar No. 283988)
Roy@kicklawfirm.com
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 395-2988
Facsimile:   (310) 395-2088

**GUPTA WESSLER PLLC**
Matthew W.H. Wessler admitted *pro hac vice*
matt@guptawessler.com
Jennifer D. Bennett (State Bar No. 296726)
jennifer@guptawessler.com
1900 L Street NW Suite 312
Washington, D.C. 20036
Telephone:   (202) 888-1741
Facsimile:   (202) 888-7792

Attorneys for Plaintiff Clayton Salter, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS INC., an Illinois Corporation; QUALITY DISTRIBUTION INC., a Florida Corporation; and DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO.: 2:20-cv-00479-JFW-JPR<br><br>Assigned to the Honorable John F. Walter<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION RE MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:   April 5, 2021<br>Time:           1:30 p.m.<br>Courtroom:      7A<br>Judge:          John F. Walter |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Clayton Salter ("Plaintiff") hereby lodges his [Proposed] Statement of Decision Regarding Notice of Motion and Motion for Class Certification filed herewith.

Dated: March 21, 2021   Respectfully Submitted,

By:   /s/ Daniel J. Bass

Taras Kick
Daniel J. Bass
Roy K. Suh
**THE KICK LAW FIRM, APC**

Matthew W.H. Wessler
Jennifer D. Bennett
**GUPTA WESSLER PLLC**

Attorneys for Plaintiff Clayton Salter, on behalf of himself and all others similarly situated

THE KICK LAW FIRM, APC
815 MORAGA DRIVE
LOS ANGELES, CALIFORNIA
90049

2

NOTICE OF LODGING [PROPOSED]
STATEMENT OF DECISION REGARDING
MOTION FOR CLASS CERTIFICATION