

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAYTON SALTER, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff-Petitioner,<br><br> v.<br><br>QUALITY CARRIERS, INC., an Illinois Corporation; QUALITY DISTRIBUTION, INC., a Florida Corporation,<br><br>          Defendants-Respondents. | No.   21-80038<br><br>D.C. No.<br>2:20-cv-00479-JFW-JPR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: SILVERMAN and NGUYEN, Circuit Judges.

Petitioner's motion for leave to file a reply (Docket Entry No. 3) is granted.

The court, in its discretion, grants the petition for permission to appeal the district court's April 9, 2021 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SC/MOATT