C. Taras Kick (State Bar No. 143379)
taras@kicklawfirm.com
Roy K. Suh (State Bar No. 283988)
Roy@kicklawfirm.com
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

Matthew W.H. Wessler, admitted *Pro Hac Vice*
matt@guptawessler.com
GUPTA WESSLER PLLC
1900 L Street, Suite 312
Washington, DC. 20036

Jennifer D. Bennett (State Bar No. 296726)
jennifer@guptawessler.com
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff Clayton Salter (additional counsel listed on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS, INC., an Illinois Corporation; QUALITY DISTRIBUTION, INC., a Florida Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00479-JFW-JPR<br><br>**JOINT STIPULATION TO VACATE DEADLINES AND STAY PROCEEDINGS**<br><br>Before: Hon. John F. Walter<br><br>Trial Date: December 14, 2021 |

Christopher C. McNatt, Jr. (State Bar No. 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

Christopher J. Eckhart (State Bar No. 331414)
ceckhart@scopelitis.com
E. Ashley Paynter, (State Bar No. 333428)
apaynter@scopelitis.com
Alaina C. Hawley (State Bar No. 309191)
ahawley@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Jared S. Kramer, admitted *Pro Hac Vice*
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
P: 312-255-7200
F: 312-422-1224

Andrew R. Brehm, admitted *Pro Hac Vice*
abrehm@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
330 E. Kilbourn Avenue, Suite 827
Milwaukee, WI 53202
P: 414-219-8500
F: 414-278-0618

Attorneys for Defendants,
Quality Carriers, Inc. and Quality Distribution, Inc.

Plaintiff, Clayton Salter, and Defendants, Quality Carriers, Inc. and Quality Distribution, Inc., respectfully submit the following stipulation to vacate all current deadlines and stay this matter pending the interlocutory appeal of the Court's class certification order:

1. The Court's Amended Scheduling and Case Management Order (ECF No. 39) set the following deadlines governing this action:

a. Affirmative expert disclosures: July 26, 2021

b. Discovery cut-off date: September 20, 2021

c. Last day for hearing motions: October 4, 2021

d. Deadlines to submit (i) a pre-trial conference order, (ii) motions in limine; (iii) memorandum of contentions of fact and law; pre-trial exhibit stipulation; summary of witness testimony and time estimates; status report re: settlement; agreed upon set of jury instructions and verdict forms; and a joint statement re: disputed instructions, verdicts, etc.: November 22, 2021;

e. Deadline to file proposed voir dire questions and agreed-to statement of the case: November 30, 2021;

f. Pre-trial conference: December 3, 2021;

g. Hearings on motions in limine and disputed jury instructions: December 10, 2021; and

h. Trial date: December 14, 2021.

2. On April 9, 2021, the Court denied Plaintiff's Motion for Class Certification. (ECF No. 76).

3. On June 7, 2021, the Ninth Circuit granted Plaintiff's Petition for Permission to Appeal the Court's order.

4. The Ninth Circuit set the following schedule for the interlocutory appeal: Plaintiff/Appellant's Opening Brief and excerpts of record shall be served and filed on

September 15, 2021. Defendants/Appellees' Answering Brief and excerpts of record shall be served and filed on October 15, 2021.

5. In light of the Ninth Circuit's decision to grant Plaintiff's Petition for Permission to Appeal as well as the briefing schedule that the Ninth Circuit set, the Parties met and conferred about this stipulation over a telephone call. The purpose of the meet and confer was to consider and discuss the impact of that Ninth Circuit's decision on upcoming deadlines in this litigation.

6. While the appeal is pending, the Parties request that the deadlines above should be stayed, as the resolution of the appeal will impact the scope of remaining discovery, the scope of the issues to be addressed as part of the Parties' anticipated dispositive motions, and the scope of the issues to be tried to the jury. It is also highly unlikely that the Ninth Circuit will hear oral argument and issue a decision before the December 14, 2021 trial date.

7. A proposed order accompanies this Joint Stipulation.

8. Should the Court enter the proposed order accompanying this Joint Stipulation, the Parties will submit a joint report within 14 days of the resolution of Plaintiff's interlocutory appeal, containing a proposed amended schedule setting forth revised dates for the deadlines above.

9. This is the Parties' first request to alter these deadlines. The only prior request to alter a deadline set by this Court in this case was a request to alter the deadline to move for class certification, which otherwise would have expired during the pendency of the Defendants' appeal of this Court's remand order. That request was initially denied, but subsequently granted.

Respectfully submitted,

Dated: July 26, 2021

GUPTA WESSLER PLLC

By: */s/ Jennifer D. Bennett*
Jennifer Bennett

Attorneys for Plaintiff, Clayton Salter

Dated: July 26, 2021

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By: */s/ Christopher J. Eckhart*
Christopher J. Eckhart

Attorneys for Defendants, Quality Carriers, Inc. and Quality Distribution, Inc.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Jennifer Bennett, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

*/s/ Christopher J. Eckhart*
Christopher J. Eckhart

4820-2208-5617, v. 5