# DENIED

## BY ORDER OF THE COURT

### NO SHOWING OF GOOD CAUSE

8/16/2021

*[signature]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS, INC., an Illinois Corporation; QUALITY DISTRIBUTION, INC., a Florida Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00479-JFW-JPR<br><br>**[PROPOSED] ORDER REGARDING THE PARTIES' AMENDED JOINT STIPULATION TO VACATE DEADLINES AND STAY PROCEEDINGS** |

This matter is before the Court on the Parties' Joint Stipulation to Continue Deadlines. For good cause shown, the Court orders the following:

1.      The deadlines set by the Court's October 1, 2020 Amended Scheduling and Case Management Order (ECF No. 39) are vacated, and this case is stayed, pending the resolution of Plaintiff's interlocutory appeal of this Court's order denying Plaintiff's Motion for Class Certification (ECF No. 76). The deadlines that are vacated are the following:

　　a.      Affirmative expert disclosures: July 26, 2021

　　b.      Discovery cut-off date: September 20, 2021

　　c.      Last day for hearing motions: October 4, 2021

　　d.      Deadlines to submit (i) a pre-trial conference order, (ii) motions in limine; (iii) memorandum of contentions of fact and law; pre-trial

exhibit stipulation; summary of witness testimony and time estimates; status report re: settlement; agreed upon set of jury instructions and verdict forms; and a joint statement re: disputed instructions, verdicts, etc.: November 22, 2021;

      e.    Deadline to file proposed voir dire questions and agreed-to statement of the case: November 30, 2021;

      f.    Pre-trial conference: December 3, 2021;

      g.    Hearings on motions in limine and disputed jury instructions: December 10, 2021; and

      h.    Trial date: December 14, 2021.

    2.    Within 14 days of the resolution of Plaintiff's interlocutory appeal, the Parties shall submit a joint report containing a proposed amended schedule setting forth revised dates for the deadlines above.

    IT SO ORDERED.

DENIED

DATED: _____

                     Hon. John F. Walter
                     United States District Judge

4838-5040-9457, v. 4