# EXHIBIT 6

To Declaration of Richard Wallace

June 18, 2016 Safety Meeting Sign-in Sheet

# 709 - Safety Meeting - June 18, 2016

## SAF 5.0a - Safety Meeting Sign in Sheet
*Please scan and email to ametzer@qualitydistribution.com*

| # | Driver Signature | Driver Number | Terminal Number | This is my ___ meeting in 2016 |
|---|---|---|---|---|
| 1 | [redacted] | DS0047 | 709 | 1 2 3 4 5 6 7 |
| 2 | [redacted] | SP0015 | | 1 2 3 4 5 6 7 |
| 3 | [redacted] | LN0020 | 709 | 1 2 3 4 5 6 7 |
| 4 | [redacted] | SN0019 | 709 | 1 2 3 4 5 6 7 |
| 5 | [redacted] | TR0079 | 709 | 1 2 3 4 5 6 7 |
| 6 | [redacted] | JL0094 | 709 | 1 2 3 4 5 6 7 |
| 7 | [redacted] | RK0011 | 709 | 1 2 3 4 5 6 7 |
| 8 | [redacted] | RG0185 | 709 | 1 2 3 4 5 6 7 |
| 9 | [redacted] | CR0064 | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  | 709 | 1 2 3 4 5 6 7 |
| 10 | [redacted] | NR0010 | 709 | 1 2 3 4 5 6 7 |
| 11 | [redacted] | MP0035 | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  |  | 1 2 3 4 5 6 7 |
| 12 | [redacted] | ME0053 | 709 | 1 2 3 4 5 6 7 |
| 13 | [redacted] | DS0225 | 709 | 1 2 3 4 5 6 7 |
| 14 | [redacted] | RC0089 | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  |  | 1 2 3 4 5 6 7 |
|  | [redacted] |  |  | 1 2 3 4 5 6 7 |
| 15 | [redacted] | IR0002 | 709 | 1 2 3 4 5 6 7 |
| 16 | [redacted] | FV0001 | 709 | 1 2 3 4 5 6 7 |
| 17 | [redacted] | CM0119 | 709 | 1 2 3 4 5 6 7 |
|  | [redacted] |  | 205 | 1 2 3 4 5 6 7 |
| 18 | [redacted] | WB0062 | 709 | 1 2 3 4 5 6 7 |
| 19 | [redacted] | IN0087 | 709 | 1 2 3 4 5 6 7 |
| 20 | [redacted] | AB0021 | 709 | 1 2 3 4 5 6 7 |
| 21 | [redacted] | MM0093 | 709 | 1 2 3 4 5 6 7 |
| 22 | [redacted] | HG0007 | 709 | 1 2 3 4 5 6 7 |
| 23 | [redacted] | EA0003 | 709 | 1 2 3 4 5 6 7 |

Topics: 
① Business overview
② HCL training
③ Speed gauge
④ Recruiting & Mentoring of New Drivers

709 - Safety Meeting - June 18, 2016



QUALITY CARRIERS

## SAF 5.0a - Safety Meeting Sign in Sheet
*Please scan and email to ametzer@qualitydistribution.com*

| Date Meeting Conducted: | | | | |
|---|---|---|---|---|
| Person Conducting Meeting: | | | | |
| Topic(s): | | | | |
| Driver Signature | | Driver Number | Terminal Number | This is my ___ meeting in 2016 |
| | | | 709 | 1 2 3 4 5 6 7 |
| 24 | | NG0029 | 709 | 1 (2) 3 4 5 6 7 |
| 25 | | SM0109 | 709 | (1) 2 3 4 5 6 7 |
| 26 | | FR0069 | 709 | 1 (2) 3 4 5 6 7 |
| | | RM0026 | 709 | 1 2 3 4 5 6 (7) |
| 27 | | | | 1 2 3 4 5 6 7 |
| 28 | | HC0023 | 709 | (1) 2 3 4 5 6 7 |
| 29 | | RC0030 | 709 | 1 2 3 4 5 6 7 |
| 30 | | JG0072 | | 1 2 3 4 5 6 7 |
| 31 | | VB0015 | 709 | 1 2 3 4 5 6 7 |
| 32 | | CC0134 | | 1 2 3 4 5 6 7 |
| 33 | | RL0064 | 709 | 1 2 3 4 5 6 7 |
| 34 | | FT0004 | 709 | 1 2 3 4 5 6 7 |
| 35 | | RM0112 | 709 | 1 2 3 4 5 6 7 |
| 36 | | LS0023 | 709 | (1) 2 3 4 5 6 7 |
| 37 | | JS0265 | 709 | (1) 2 3 4 5 6 7 |

Topics: 
① Business over
② HCL training
③ Speed gauge
④ Recruiting & mentoring of new drivers