JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS, INC., an Illinois Corporation; QUALITY DISTRIBUTION, INC., a Florida Corporation,<br><br>Defendants. | Case No.: 2:20-cv-00479-JFW-JPRx<br><br>**FINAL JUDGMENT** |

The Court hereby enters final judgment in Defendants' favor and against Plaintiff on all Causes of Action in Plaintiff's First Amended Complaint. This action is dismissed with prejudice, and Plaintiff shall take nothing by way of his First Amended Complaint.

IT IS SO ORDERED.

DATED: November 9, 2021

_____
Hon. John F. Walter
United States District Judge