Taras Kick (SBN 143379)
*Taras@kicklawfirm.com*
Greg Taylor (SBN 315128)
*Greg@kicklawfirm.com*
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
Tel: (310) 395-2988
Fax: (310) 395-2088

Matthew W.H. Wessler admitted *pro hac vice*
*Matt@guptawessler.com*
Jennifer D. Bennett (State Bar No. 296726)
*Jennifer@guptawessler.com*
GUPTA WESSLER PLLC
1900 L Street NW Suite 312
Washington, D.C. 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

Attorneys for Plaintiff Clayton Salter, individually, and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS INC., an Illinois Corporation; QUALITY DISTRIBUTION, INC., a Florida Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 2:20-cv-00479-JFW-JPR<br><br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OF STATEMENT OF DECISION REGARDING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:       March 27, 2023<br>Time:       1:30 p.m.<br>Courtroom:  7A |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Clayton Salter ("Plaintiff") hereby lodges his Statement of Decision Regarding Plaintiff's Motion for Final Approval of Class Action Settlement and Certification of Settlement Class, a true and correct copy of which is attached as Exhibit A. Defendants also have reviewed and authorized this Proposed Order.

Dated: March 23, 2023                Respectfully submitted,

**THE KICK LAW FIRM, APC**

By: */s/ Taras Kick*
Taras Kick
Greg Taylor
Attorneys for Plaintiff Clayton Salter on behalf of himself and all others similarly situated