Taras Kick (SBN 143379)
*Taras@kicklawfirm.com*
Greg Taylor (SBN 315128)
*Greg@kicklawfirm.com*
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, CA 90049
Tel: (310) 395-2988
Fax: (310) 395-2088

Matthew W.H. Wessler admitted *pro hac vice*
*Matt@guptawessler.com*
Jennifer D. Bennett (State Bar No. 296726)
*Jennifer@guptawessler.com*
GUPTA WESSLER PLLC
1900 L Street NW Suite 312
Washington, D.C. 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

Attorneys for Plaintiff Clayton Salter, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SALTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY CARRIERS INC., an Illinois Corporation; QUALITY DISTRIBUTION, INC., a Florida Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 2:20-cv-00479-JFW-JPR<br><br>[*Assigned to Hon. John F. Walter*]<br><br>**DECLARATION OF PLAINTIFF CLAYTON SALTER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Action Filed: October 3, 2019<br><br>Trial Date: Not set |

# DECLARATION OF CLAYTON SALTER

I, Clayton Salter, declare as follows:

1. I am the plaintiff and proposed Class Representative in the above-captioned class and representative action, *Salter v. Quality Carriers, Inc., et al.*, U.S. District Court for the Central District of California, Case No. 2:20-cv-00479-JFW-JPR. I am over 18 years of age and make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class.

3. I worked full-time as a truck driver for Defendants Quality Carriers, Inc. and Quality Distribution, Inc. ("Defendants"), which provide trucking and chemical transportation services. Specifically, I drove a truck and tanker trailer for Defendants, hauling hazardous materials. In or around 2015, Defendants stopped classifying me as an employee and began paying me as an independent contractor, though my job duties did not change.

4. Despite my concern about how a lawsuit might affect my job prospects, I believe that Defendants should be held accountable for how they treat their drivers and decided to pursue these claims.

5. Before and during the litigation, I was advised by my attorneys about my duties and responsibilities as a representative for other current and former drivers. I have taken these duties seriously and have been actively involved in my case throughout. I understand the factual allegations, and, as far as I am aware, my experience is typical of Defendants' drivers in California. I have no interest that is adverse to, or even substantially different from, any other driver as we were all subject to the same employment policies and practices.

//
//

6. Throughout the litigation, I have been actively involved in the case, including producing documents and information for my attorneys, identifying witnesses, having my full-day deposition taken, reviewing documents, and maintaining regular contact with my attorneys to discuss the case and receive updates from them. My attorneys kept me informed about all settlement negotiations through two mediations and sought my opinion. I have reviewed the proposed settlement and conferred extensively with my attorneys about its pros and cons. I was never offered anything to serve as the class representative, and I understand that my duty to the class is ongoing until the litigation is fully resolved. Ultimately, I believe the settlement is fair, adequate, and reasonable because it holds Defendants accountable and will actually provide money to the proposed class, sooner rather than later.

7. I have no financial interest in or involvement with the proposed cy pres recipients Public Citizen Foundation and Bet Tzedek, and I'm not aware of any such conflict by any counsel or party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of February 2023 in Los Angeles, California.

DocuSigned by:

9C6B3D789C2F4D6...

Clayton Salter

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a copy of the *Declaration of Plaintiff Clayton Salter in Support of Motion for Final Approval of Class Action Settlement and Certification of Settlement Class* was electronically filed via the Court's electronic case management system (CM/ECF), and served upon all attorneys of record registered to receive such notice.

                                                   */s/ Greg Taylor*
                                                   Greg Taylor