UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 20-479-JFW(JPRx)**                                                   Dated: **March 27, 2023**

Title:     Clayton Salter -v- Quality Carriers, Inc., et al.

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Suzanne McKennon |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Taras Kick                                                          Alaina Cathrine Hawley

**PROCEEDINGS:   PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS [157] Filed 2/27/23**

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court GRANTS Plaintiff's Motion for Final Approval and signs the proposed Order Granting Motion for Final Approval of Class Action Settlement and Certification of Settlement Class, lodged with the Court on March 22, 2023 (Docket No. 166-1).

Initials of Deputy Clerk ___sr___

0/20